| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820) |
| | United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558) |
| | Chief, Civil Division |
| 3 | EMMET P. ONG (NYRN 4581369) |
| 4 | Assistant United States Attorney |

1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-mail: emmet.ong@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | Case No. |
| REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE SEOUL NORTHERN DISTRICT COURT IN SEOUL, REPUBLIC OF KOREA IN MATTER OF KIM JAEMO | ***EX PARTE*** **APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
NO.

1. Ismail J. Ramsey, United States Attorney for the Northern District of California, by the undersigned Assistant United States Attorney, Emmet P. Ong, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Emmet P. Ong, Assistant United States Attorney, Commissioner for the purposes of obtaining a statement and documents from Google LLC.  Certain information has been requested by the Seoul Northern District Court in Seoul, Republic of Korea pursuant to a Letter of Request issued by that court in connection with the civil action *Matter of Kim Jaemo*, No. 2023KASO363902.

The grounds for this *ex parte* application are more fully articulated in the memorandum of law that has been simultaneously filed with the application.  A proposed order is also provided for the convenience of the Court.

DATED:  September 18, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ *Emmet P. Ong*
EMMET P. ONG
Assistant United States Attorney

*Attorneys for the United States of America*