1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  EMMET P. ONG (NYBN 4581369)
   Assistant United States Attorney
4

5        1301 Clay Street, Suite 340S
         Oakland, California 94612-5217
6        Telephone: (510) 637-3929
         Facsimile: (510) 637-3724
7        E-mail: emmet.ong@usdoj.gov

8  Attorneys for the UNITED STATES OF AMERICA

9

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13 IN RE:                              )  Case No.
                                       )
14                                     )
                                       )
15 REQUEST FOR INTERNATIONAL JUDICIAL  )  **DECLARATION OF EMMET P. ONG**
   ASSISTANCE  FROM THE SEOUL NORTHERN )
16 DISTRICT COURT IN SEOUL, REPUBLIC OF)
   KOREA IN MATTER OF KIM JAEMO        )
17                                     )
                                       )
18                                     )
                                       )
19

20

21        I, Emmet P. Ong, pursuant to 28 U.S.C. § 1746, declare as follows:

22        1.      I am an Assistant United States Attorney in the Office of the United States Attorney for

   the Northern District of California, and counsel for the United States of America.  I make this

23 declaration upon personal knowledge as well as information and belief based upon the attached exhibits

24 and communications with personnel in the U.S. Department of Justice ("DOJ"), to which a Letter of

25 Request has been transmitted for execution.  I make this declaration in support of the United States' *ex*

26 *parte* application, pursuant to 28 U.S.C. § 1782(a), for an order appointing me Commissioner for the

27

28

purpose of obtaining documents from Google LLC ("Google").[1]

2.     In connection with a matter pending in the Seoul Northern District Court in Seoul, Republic of Korea ("Korea Court"), captioned *Matter of Kim Jaemo*, No. 2023KASO363902 (Foreign Reference No. 2024-F-1660), the Korea Court issued a Letter of Request seeking evidence from Google. Copies of the correspondence received from DOJ and the Letter of Request are attached hereto as Exhibit A.  (Please note that the page numbers at the bottom right corner of each page in Exhibit A were added by me and were not in the original.)

3.     The specific evidence requested by the Korea Court is reflected in a subpoena addressed to Google, which the United States intends to serve (in substantially similar form) upon my appointment as Commissioner.  A copy of the proposed subpoena is attached hereto as Exhibit B.

4.     On August 20, 2024, the United States sent a letter to Google requesting its voluntary compliance with the Letter of Request.  On August 30, 2024, the undersigned counsel for the United States conferred with Google's outside counsel, Baker & McKenzie LLP, who requested that the United States serve a subpoena requesting the evidence sought by the Letter of Request.

5.     According to Google's most recent corporate filing with the California Secretary of State, a Statement of Information filed on September 7, 2023, Google's principal office is located at 1600 Amphitheatre Parkway, Mountain View, California 94043.  Mountain View is a city located in Santa Clara County.

---

[1] Section 1782(a) provides, in pertinent part, as follows:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and my direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court. By virtue of his appointment, the person appointed has power to administer any necessary oath and take the testimony or statement. The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

6.      To assist the Korea Court in obtaining the requested evidence, I respectfully request that this Court enter the proposed order attached to the application appointing me Commissioner.

7.      To the best of my knowledge, no previous application for the relief sought herein has been made.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 18, 2024 in Contra Costa County, California.

_____
EMMET P. ONG
Assistant United States Attorney

Exhibit A



**U.S. Department of Justice**
Civil Division
Office of International Judicial Assistance

KMStanford:lkj

_____

*U.S. Central Authority*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Washington, DC 20044*
*+1 (202) 514-6700*
*OIJA@usdoj.gov*

June 14, 2024

**BY EMAIL**
Michelle Lo, Civil Chief
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Re:    Request for International Judicial Assistance from the Seoul Northern District
       Court in Seoul, Republic of Korea in the <u>Matter of Kim Jaemo</u>,
       Ref No. 2024-F-1660
       DJ Reference Number: 189-34-24-22

Dear Ms. Lo:

The Office of International Judicial Assistance, within the Civil Division, serves as the U.S. Central Authority for the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention"). 28 C.F.R. § 0.49. Pursuant to that Convention, we have received the above-captioned Letter of Request seeking evidence in a civil matter pending in South Korea. We are referring this Request to you for handling. <u>See</u> United States Attorney Manual, § 4-1.325. Within fifteen days, please provide us with contact information for the individual assigned to handle this matter.

In its Request, the Korean Court requested we obtain evidence in the form of electronic records from Google, a witness located in Mountain View, California. Specifically, the Court requests user identification information associated with three YouTube accounts. Please see enclosures for additional information regarding the evidence to be retrieved from the witness.

**There are instructions and frequently asked questions for the execution of Letters of Request on our website at: http://dojnet.doj.gov/civil/ofI/index.html.** We urge you to review all of these materials before executing this referral. Before issuing a subpoena to compel testimony, we encourage you to contact the witness, advise her of the nature of the request, and ascertain whether she will agree to furnish the responses voluntarily. In the absence of voluntary compliance, the testimony can be compelled by your office pursuant to 28 U.S.C. § 1782. **If your office will incur an expense for which you intend to seek reimbursement from the Requesting Authority, you must inform our office before you incur the expense so we can**

001

**seek assurance from the Requesting Authority to proceed. Failure to do so may result in the Requesting Authority's refusal to reimburse your office for the expense.**

Article 9 of the Hague Evidence Convention requires that requests for evidence be executed "expeditiously." Accordingly, we urge that your office handle this matter as quickly as possible. Given the increasing number of evidence requests that United States litigants send abroad pursuant to the Hague Evidence Convention, often with short discovery deadlines, expeditious handling of evidence requests by the United States may, as a matter of reciprocity, encourage similar treatment by foreign authorities. We anticipate this Request can be completed within ninety days. If additional time is needed to complete the Request, please provide us a status report by the ninetieth day and every two weeks thereafter.

After you have executed this Request, please return all documents sent with the Request and any original documents obtained through the execution of this Request to us so that we may return them to the foreign court. We would also appreciate receiving copies of any pleadings or motions that have been filed by your office in this case.

If you have any questions, please contact us at OIJA@usdoj.gov or 202-514-6700.

Thank you in advance for your cooperation and assistance in this matter.

Very truly yours,

KRYSTA M. STANFORD
Trial Attorney

Enclosures



## NATIONAL COURT ADMINISTRATION
### REPUBLIC OF KOREA
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

May. 13, 2024
Our Ref: **2024-F-1660**

**CENTRAL AUTHORITY FOR USA**

Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8102
Washington, D.C. 20005
United States of America

To whom it may concern,

The National Court Administration of the Republic of Korea presents its compliments to the U.S. Department of Justice and has the honour to transmit a request seeking assistance for taking of evidence under the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.*

Please send all documentation concerning execution of the abovementioned request directly to the National Court Administration to the following address :

> **National Court Administration**
> **(Attn: Director of International Affairs)**
>
> **219 Seocho-Daero, Seocho-Gu,**
>
> **Seoul   06590**
>
> **REPUBLIC OF KOREA**

Yours sincerely,

김은실

———————————————
KIM Eun Sil
Director of International Affairs
National Court Administration

MAY 29 2024

CIV 189-34-24-22

003

CIV 189-34-24-22

1660

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO
# THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING
# OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
# 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

|  |  |
|---|---|
| 1. Sender<br>(발송처) | **National Court Administration**<br>**(Attn: Director of International Affairs)**<br>**219 Seocho-daero, Seocho-gu,**<br>**SEOUL   06590**<br>**REPUBLIC OF KOREA** |
| 2. Central Authority of<br>the Requested State<br>(수탁 국가의 중앙당국) | (identity and address)<br><br>Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3. Person to whom the<br>executed request is to<br>be returned<br>(집행된 요청서의 수신처) | **National Court Administration**<br>**(Attn: Director of International Affairs)**<br>**219 Seocho-daero, Seocho-gu,**<br>**SEOUL      06590**<br>**the REPUBLIC OF KOREA** |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

| | |
|---|---|
| Date<br>(날짜) | July 31, 2024 |
| Reason for urgency*<br>(긴급을 요하는 이유) | (필요시 기재) |

_____
* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

004

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,
THE UNDERSIGNED APPLICANT HAS THE HONOUR
TO SUBMIT THE FOLLOWING REQUEST:
(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)**

5. a   Requesting judicial
       authority (Article 3,a)
       (촉탁 사법 당국)
       (제3조 1)

(Seoul Northern District Court, 749 Madelo, Dobong-gu, Seoul)

   b   To the competent
       authority of (Article 3,a)
       (집행할 관할 당국)(제3조 1)
       (모르는 경우에는 기재하지
       말 것.)

(the requested State)

   c   Names of the case
       and any identifying
       number
       (사건의 이름과 번호)

Compensation for damages (intellectual property rights), 2023kaso363902

6. Names and addresses of the parties and their representatives
   (including representatives in the requested State*) (Article 3,b)
   (당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*)(제3조 2)

   a   Plaintiff
       (원고)

Kim jaemo
69-1, 33 Myeonmok-ro, Jungnang-gu, Seoul, Republic of Korea

       Representatives
       (변호인)

Park joonsang
1001ho, Stargallerybridge, 250 Seochodaero, Seochogu, Seoul, Republic of Korea

   b   Defendant
       (피고)

unknown

       Representatives
       (변호인)

   c   Other parties
       (그 외)

(필요시 기재)

       Representatives
       (변호인)

(필요시 기재)

---
* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

005

| | | |
|---|---|---|
| 7. a | Nature of the proceedings(divorce, paterniry, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등))(제3조 3) | Civil action, Compensation for damages (intellectual property rights) |
| b | Summary of complaint (소장(청구)에 대한 요약) | Compensation for damages (intellectual property rights)<br>    : Unauthorized use of photos |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | (필요시 기재) |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | (필요시 기재) |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행 할 그 밖의 사법적 처분)(제3조 4) | About the owners of the account [@jiayun9341, @siukim3096,@ronsanders] on YouTube,<br><br>1) Personal information entered at the time of registration (name, resident registration number, address, email, contact information)<br><br>2) The phone number used to verify their YouTube channel |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | Defendant's identification |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받을 자의 신원과 주소)* (제3조 5)* | (필요시 기재) |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받을 자에게 할 질문 또는 신문이 이루어질 소송물(주권내용)에 관한 설명)(제3조 6)* | (see attached list)<br><br>(필요시 기재) |

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

006

| 11. | Documents or other property to be inspected (Article 3,g)*<br>(증거조사가 이루어질 서류나 물건 (부동산, 동산 등)(제3조 7)* | (필요시 기재) |
|---|---|---|
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)*<br>(증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law for the formal taking of evidence)<br>(신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.)<br><br>(필요시 기재) |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)*<br>(따라야 하는 특별한 방식 또는 절차)<br>(예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law)<br>(신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.)<br><br>(필요시 기재) |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)*<br>(촉탁서의 집행 시간과 장소를 관계 당사자 또는 대리인에게 알려 달라는 요청, 그리고 알려줘야 할 이의 신원과 주소)(제7조)* | (필요시 기재) |
| 15. | Request for attendance or participation of judicial personnel of the requestion authority at the execution of the Letter of Request (Article 8)*<br>(촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청) (제8조)* | (필요시 기재) |

---

\* Omit if not applicable.
 (필요없을 경우에는 삭제할 것.)

| | | |
|---|---|---|
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)*<br>(촉탁국의 법에 의하여 증거제출을 거부할 특권이나 의무)<br>(제11조 2)* | (attach copies of relevant laws or regulations)<br>(관련된 법 또는 규정의 사본을 첨부 할 것.)<br><br>(필요시 기재) |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by*<br>(14조항과 26조항에 의한 요금과 비용의 상환 주체) | (identity and address)<br><br>(필요시 기재) |

**DATE OF REQUEST**

April 9, 2024

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**



* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

# Application for Inquiry on Fact

Case          2023KASO363902 Indemnification for damage (Intellectual property rights)

Plaintiff     KIM JAEMO

Defendant     Name unknown



    With respect to the above case, I, Attorney-at-law for the Plaintiff, hereby applies for inquiry on fact as follows.

## Following

### 1. Place Where applies for Inquiry on Fact

    Google LLC

    1600 Amphitheatre Parkway, Mountain View, CA94043, USA

    Email: Internationalcivil@google.com

### 2. Matters for Inquiry on Fact

    With respect to Owner of the Youtube Accounts [@jiayun9341, @siukim3096, @ronsanders],

1) Personal information provided at the time of joining (Name, ID No., Address, Email, Contact address)

2) Phone number used to certifying Youtube channels

## 4. Intent of Proof

The Defendant has continued to post videos pirated the Plaintiff's photographic work in this case, changing his/her account to [@jiayun9341, @siukim3096, @ronsanders] on the YouTube site operated by Google LLC (Google Flex Mountain View California, USA). Accordingly, the Plaintiff's Attorney-at-law came to this application to confirm the Defendant's identity.

**Attachments**

1. Written Request under the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters

2. Notarized translation of each document

June 1, 2023

PARK JUNSANG, Attorney-at-law for the Plaintiff

## To the Seoul Northern District Court

# 사실조회 신청서

사　건　2023가소363902 손해배상(지)

원　고　김재모

피　고　성명불상


　　위 사건에 관하여 원고 소송대리인은 다음과 같이 사실조회를 신청
합니다.

다　음



## 1. 사실조회신청할 곳

　　Google LLC

　　1600 Amphitheatre Parkway, Montain View, CA94043, USA

　　Email: Internationalcivil@google.com


## 2. 사실조회할 사항

　　유튜브의 계정 [@jiayun9341, @siukim3096, @ronsanders] 소유자에
관한,

1) 가입시 입력한 개인정보(이름, 주민등록번호, 주소, 이메일, 연락처)

2) 유튜브 채널 인증에 사용한 전화번호

## 4. 입증취지

피고는 구글(Google LLC, 미국 캘리포니아 주 마운틴뷰 구글플렉스 소재)에서   운영하는   유튜브   사이트에   [@jiayun9341,   @siukim3096, @ronsanders]로 계정을 바꿔 가면서 계속하여 원고의 이 사건 사진저작물을 도용한 영상물을 올리고 있습니다. 이에 원고 소송대리인은 피고의 신원을 확인하고자 본 신청에 이르게 되었습니다.

### 첨 부 서 류

1. 민사 또는 상사의 해외증거조사에 관한 협약에 따른 요청서

2. 각 번역공증서

2023. 6. 1.

원고 소송대리인

변호사   박준상

서울북부지방법원   귀 중

012

등부 2023년 제   4174호

Registered No. 2023-4174

외 국 어 번 역 행 정 사 확 인 서

CERTIFICATE OF LICENSED TRANSLATION

나는 첨부된 문서가 본 사무소에 의하여 번역
이 되었으며 그 번역이 진실되고 원본과 일치
한 것임을 증명한다.

I hereby certify that GNS CO.,LTD., translated the attached document.
The translation is true, correct and accurate to the original.

위 번역문은 원본과 일치하게 번역하였기에 대
한민국 행정사법 제 20조에 의거하여 번역확
인증명서에 서명 날인 하였다.

Since the above translation was translated to match the original, the Certificate of Translation was signed and sealed in accordance with Article 20 of the Licensed Administrative Agent Act in the Republic of the Korea.

2023 년 08 월 25 일
위 사무소에서 인증한다.

This is hereby confirmed on this 25th day of August 2023 at this office.

대한행정사협회
등록번호 : 제 267호

Korean Association of Public Administration Lawyer
Registration Number : 267



외국어 번역행정사
자격증 번호:15300000110

Licensed Administrative Agent
License No.15300000110

지앤에스 번역행정사 사무소
서울 종로구 인사동길 12, 1405호(인사동, 대일빌딩)

GNS TRANSLATION & ADMINISTRATION OFFICE
#1405 Daeil Bldg, 12, Insadong-gil, Jongno-gu, Seoul, Korea

013

**Registered No.** 2023-4174

# CERTIFICATE



## GNS TRANSLATION & ADMINISTRATION OFFICE

#1405 Daeil Bldg, 12, Insadong-gil, Jongno-gu, Seoul, Korea

014

Exhibit B

1    ISMAIL J. RAMSEY (CABN 189820)
     United States Attorney
2    PAMELA T. JOHANN (CABN 145558)
     Chief, Civil Division
3    EMMET P. ONG (NYBN 4581369)
     Assistant United States Attorney
4

5        1301 Clay Street, Suite 340S
         Oakland, California 94612-5217
6        Telephone: (510) 637-3929
         Facsimile: (510) 637-3724
7        E-mail: emmet.ong@usdoj.gov

8    Attorneys for the UNITED STATES OF AMERICA

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13   IN RE:                                   )   Case No.
                                              )
14                                            )
     REQUEST FOR INTERNATIONAL JUDICIAL       )
15   ASSISTANCE  FROM THE SEOUL NORTHERN      )
     DISTRICT COURT IN SEOUL, REPUBLIC OF     )   **COMMISSIONER'S SUBPOENA**
16   KOREA IN MATTER OF KIM JAEMO             )
                                              )
17                                            )
                                              )
18                                            )
     ─────────────────────────────────────── )
19

20           To:     Google LLC
21                   1600 Amphitheatre Parkway
                     Attn: Legal Dept.
22                   Mountain View, CA 94043

23

24           I, Emmet P. Ong, an Assistant United States Attorney for the Northern District of California,

25   acting under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering

26   assistance to the Republic of Korea, command that you provide to me evidence for use in the civil action

27   in the Seoul Northern District Court in Seoul, Republic of Korea ("Korea Court"), captioned *Matter of*

28

     COMMISSIONER'S SUBPOENA
     NO.                                    1

*Kim Jaemo*, No. 2023KASO363902 (Foreign Reference No. 2024-F-1660), said evidence being:

About the owners of the account [@hiayun9341, @siukim3096, @ronsanders] on YouTube,

1) Personal information entered at the time of registration (name, resident registration number, address, email, contact information)

2) The phone number used to verify their YouTube channel

*        *        *

By no later than _____, **2024**, you are commanded to provide to me a statement (in writing) responsive to the Korea Court's request either by e-mail at emmet.ong@usdoj.gov (preferred) or by mail at the following address:

Emmet P. Ong
Assistant United States Attorney
United States Attorney's Office
1301 Clay Street, Suite 340S
Oakland, California 94612-5217

Attached as Exhibit A to this subpoena is the text of Federal Rule of Civil Procedure 45(d) and (e), which sets forth your rights and responsibilities in responding to this subpoena.  You may be deemed guilty of contempt and liable for penalties under the law if you fail to provide the requested evidence.

If you have any questions regarding the contents of this request or the methods by which you may comply with the subpoena, please contact me by phone at (510) 637-3929 or by e-mail at emmet.ong@usdoj.gov.

DATED:  ____, 2024

_____
EMMET P. ONG, Commissioner

### Exhibit A – Text of Fed. R. Civ. P. 45(d) and (e)

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** When Required. On timely motion, the court for the district where compliance is

required must quash or modify a subpoena that:

    **(i)** fails to allow a reasonable time to comply;

    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

    **(iv)** subjects a person to undue burden.

**(B)** When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** Specifying Conditions as an Alternative. In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

COMMISSIONER'S SUBPOENA
NO.                                          4

**(B)** Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.

**(D)** Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is

COMMISSIONER'S SUBPOENA
NO.                                    5

1    required for a determination of the claim. The person who produced the information must

2    preserve the information until the claim is resolved.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28